```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16951
   WANDA D ROBINSON
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
            Debtor
   SSN XXX-XX-6589


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/20/06 and confirmed on 03/16/07.

    2.  The case was dismissed after confirmation, 10/24/2008.

    3.  The Debtor paid a total of $  38906.68 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 30384.78 | .00 | 30384.78 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 4161.95 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 16000.00 | 2307.76 | 3661.98 |
| AMERICASH LOANS | UNSECURED | 1431.36 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA ST MARYS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY MEDICAL SPECIALIS | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 331.39 | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 2071.20 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 424.66 | .00 | .00 |
| LAKE COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL HEALTH FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE SANITATION D | UNSECURED | 206.74 | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| SCOTT WILLIAMS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS CUSTOMERS CAR | UNSECURED | NOT FILED | .00 | .00 |
| UNIV OF CHICAGO PHYSICIA | UNSECURED | NOT FILED | .00 | .00 |

```
VISTA MEDICAL CENTER      UNSECURED       17691.94           .00          .00
VISTA HEALTH              UNSECURED       NOT FILED          .00          .00
WILLIAM WOODS MD          UNSECURED       NOT FILED          .00          .00
CAPITAL ONE BANK          UNSECURED         878.64           .00          .00
THE CHICAGO DEPT OF REVE  UNSECURED        1310.00           .00          .00
PREMIER BANKCARD/CHARTER  UNSECURED         600.15           .00          .00
ER SOLUTIONS              UNSECURED         841.50           .00          .00
COMMUNITY PROPERTY MANAG  UNSECURED        4991.70           .00          .00
WELLS FARGO FINANCIAL AC  UNSECURED        5689.65           .00          .00
PATIENT FIRST             UNSECURED         211.00           .00          .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  50546.73       .00     36679.93         .00      87226.66
PRINCIPAL PAID      34046.76       .00          .00         .00      34046.76
INTEREST PAID        2307.76       .00          .00         .00       2307.76
TOTAL PAID          36354.52       .00          .00         .00      36354.52
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   3000.00
and was paid $    876.00   direct and $       .00  through the plan.

The Trustee received $   1665.12 .

Refunds to the Debtor totaled $    887.04 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/20/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                                   PAGE   2
          CASE NO. 06 B 16951 WANDA D ROBINSON